IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WHEATON THEATRE, LLC, | ) |
| | ) |
| Plaintiff, | ) No. 18 cv 5248 |
| | ) |
| Vs. | ) |
| | ) Judge |
| FIRST AMERICAN TITLE INSURANCE COMPANY, | ) |
| | ) Magistrate |
| | ) |
| Defendant. | ) |

## NOTICE OF REMOVAL

Defendant First American Title Insurance Company ("First American"), by its undersigned counsel, hereby removes case number 18 MR 915 from the Circuit Court of the Eighteenth Judicial Circuit, DuPage County, Illinois to the United States District Court for the Northern District of Illinois under 28 U.S.C. §§1332, 1441 and 1446, and as grounds for its removal states as follows:

## THE STATE COURT ACTION

1. On June 22, 2018, plaintiff Wheaton Theatre, LLC ("Wheaton Theatre") filed a complaint (the "Complaint") against First American in the Circuit Court of the Eighteenth Judicial Circuit, DuPage County, Illinois entitled *Wheaton Theatre, LLC v. First American Title Insurance Company*, 18 MR 915 (the "State Court Action"). Pursuant to 28 U.S.C. §1446(a), true and correct copies of the summons and complaint filed in the State Court Action are attached to this Notice. No order has been entered in the State Court Action.

2. The Complaint alleges causes of action against First American for declaratory judgment, breach of contract and negligent misrepresentation, all of which are related to the title

1

insurance policy issued by First American to Wheaton Theatre in plaintiff's purchase of certain real estate (the "Policy"). Wheaton Theatre prays for damages in the amount of $120,000, plus reimbursement of attorneys' fees in an unspecified amount purportedly incurred in resolving a title issue.

3. Section 1446(b) allows for the filing of a notice of removal if filed within 30 days of formal service. 28 U.S.C. §1446(b); *Murry Bros. v. Michetti Pipe Stringing*, 526 U.S. 344, 354-55 (1999).

4. First American has not been served in the State Court Action, nor did First American agree to waive service.

5. First American did, however, receive a copy of the Complaint on July 3, 2018, which does not trigger the 30 day time period. In any event, this Notice is being filed within 30 days of receipt of the Complaint so is necessarily timely in accordance with 28 U.S.C. §1446(b).

## DIVERSITY JURISDICTION

6. A case may be removed to federal court if it could have been brought in that federal court originally. 28 U.S.C. 1441(b); *Rivet v. Regions Bank of Louisiana*, 522 U.S. 470, 474 (1998). Districts courts have "original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs" and is between citizens of different states. 28 U.S.C. §1332.

7. Pursuant to 28 U.S.C. §1332, this action could have been originally filed in this Court because there is complete diversity of citizenship between Wheaton Theatre and First American and more than $75,000, exclusive of interest and costs, is at stake.

8. As alleged in the Complaint, Wheaton Theatre is an Illinois limited liability company with its principal place of business in the state of Illinois. (Comp., ¶1)

9. First American is a Nebraska corporation with its principal place of business in the state of California.

10. As such, First American is not now, nor at the time of the filing of the Complaint was, a citizen of Illinois.

11. There are no other parties to this cause.

12. Although First American disputes the claims made in the Complaint, based on Wheaton Theatre's allegations, the amount in controversy exceeds $75,000.

## OTHER REMOVAL REQUIREMENTS

13. There are no other defendants named in this matter, and therefore no other defendants are required to consent to this removal under 28 U.S.C. §1446(b)(2).

14. Venue is proper in this Court, pursuant to 28 U.S.C. §1441(a), because the Northern District of Illinois is the federal judicial district embracing the Circuit Court of the Eighteenth Judicial Circuit, DuPage County, Illinois, where the State Court Action was originally filed. Further, the Northern District of Illinois is the federal judicial district embracing DuPage County, Illinois, where the real estate at issue is located.

15. A copy of this Notice of Removal will be promptly served upon Wheaton Theatre's counsel and filed with the Clerk of the Circuit Court of the Eighteenth Judicial Circuit. 28 U.S.C. §1446(a)(d).

16. First American reserves all objections it may have as to service and any other defenses or objections it may have to the Complaint or State Court Action. First American intends no admission of fact, law or liability by this Notice. Rather, First American expressly reserves all defenses, motions and/or pleadings.

WHEREFORE, First American hereby removes case number 18 MR 915 from the Circuit Court of the Eighteenth Judicial Circuit, DuPage County, Illinois to the United States District Court for the Northern District of Illinois.

                                                First American Title Insurance Company,

                                                By:  /s/ Brandon R. Freud
                                                           One of its Attorneys

Brandon R. Freud (#6281415)
brfreud@rfbnlaw.com
Ruff, Freud, Breems & Nelson, Ltd.
200 North LaSalle Street
Suite 2020
Chicago, IL 60601
Phone:  (312) 602-4810

## **CERTIFICATE OF SERVICE**

       I hereby certify that on August 1, 2018, a copy of the attached **NOTICE OF REMOVAL** was electronically filed using the ECF system with the Northern District of Illinois, and was also served to the plaintiff below by U.S. Mail, postage prepaid (exclusive of exhibits attached to Complaint):

Scott E. Pointer
Rathje & Woodward, LLC
300 E. Roosevelt Rd.
Suite 300
Wheaton, IL 60187
*For Wheaton Theatre, LLC*

                                              /s/ Brandon R. Freud